THE SOUTH PUBLISHING COMPANY, Respondent, *v.* THE FIRE
    ASSOCIATION of Philadelphia, Appellant.

(Argued February 27, 1893; decided March 14, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 13, 1893,
which reversed an order of the Special Term setting aside
service of summons herein.

*Michael H. Cardozo* for appellant.

*William Henry Arnoux* for respondent.

Agree to affirm on opinion of FOLLETT, J., below.
All concur.
Order affirmed.